25-87-NJR

My Name is Daniel Dean Alley #18489-041, I am Currently inCarcerated at FCI Marion here in Illinios. I would like for this to go on the Record as an official Motion under U.S.C Title 2241.

I would like to Make a very important note that Due to the extremely Dire Circumstances for Wich I am Filing this Motion I would like to ask that this Court Consider this an absolute emergency and act as swiftly as possible.

I am Currently housed in the S.H.U. (Special Housing Unit), On A-Range in Cell#9. I am Currently Being Subjected to Below Freezing tempuratures Due to the fact that every Window on the Range is Open. This Constitutes a form of Cruel and un-usual Punishment, especially because it has been Said by multiple Officers, (Longcor, Klawitter, Snyder, Midleton) that this is being done On purpose in an effort to freeze us and Make us Miserable.

I will Briefly, further Back this Claim By Stating the fact that Since I Moved into this Cell on Sunday January 12th I have asked 7 officers (Buck, Huggins, Boaz, Pearson, Longcor, Murphy, & Klavitter) to please Close the windows, All of them Said No. Two Of those 7 officers were lieutenants (Buck & Huggins). It is Now Wednsday the 15th and when I woke up this Morning I Could See My own breath. It is very Seriously Freezing Cold in these Cells. Not Only are all the windows Open But there is a large fan placed in front of those windows facing our Cells Sucking the Cold outside air and Blowing it right into our Cells. These People are torturing us, literally.

Now in regards to administrative Remedies, in order to exhaust them Can take up to 4 to 5 Months and given the current Circumstances thats to long to wait for action. My health, My Safety, and My life are Being placed in Jeopardy So action is Most absolutely Necesary immediatly. I am however going

File the First Remedie as soon as Some one comes Down here to the SHU with the B-P-8 Form, (I can only get one from a Councilor & every Councilor I've seen Since Sunday has Not had one and has simply told Me "they would get Me one")

Long Story Short it is abuntly Clear that all the Staff, Warden included are ok With torturing us Because they all do they're hands on this Freezing Cold range With jackets and hoodies on and they all refuse to Close the Windows.

With all that Being Said I feel as though this Motion is neccesary to get the Prison Staff to Simply Close the Windows. I Would like to Please ask this Cart to act immediatly with this Matter Due to the Fact My health, my Saftey, and my life, as Well as others is Being Placed at fisk,

In regards to the $5.00 Filing fee assosiated with this Motion, I Currently Do Not have any Money or My account to pay it

And I Can Not print My account transactions myself because I am in the Shu. I Can however write my Brother and he will absolutely pay the 5 dollars. I would like to kindly ask that, Due to the Severity and urgency of this issue, that this Court please over look the 5 dollar filing fee, temporaly, untill My letter gets to my brother (I'm sending out the Same time as this) and it gets payed. I'll give you my word it'll get payed.

This truly is an emergency situation that warrants immediate help from this Court. I would like to kindly ask that this Court Order this institution to close the windows in the Shu (specifically A-Range) immediatly.

Thank you for your time.

Daniel Alley # 18489-041

1-15-25